# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WANDA REDDON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:14-cv-1323 |
| | ) Judge Aleta A. Trauger |
| LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES, L.P., | ) ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RESURGENT CAPITAL SERVICES, L.P.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Resurgent Capital Services, L.P. states that it is a privately held limited partnership. It is wholly-owned by Alegis Group, LLC and Sherman Financial Group, LLC. Neither Alegis Group, LLC nor Sherman Financial Group, LLC is a publicly held or traded company. No publicly held corporation owns ten percent (10%) or more of Resurgent Capital Services, L.P.

s/Derek W. Edwards
Derek W. Edwards (TN BPR No. 021455)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: derek.edwards@wallerlaw.com

*Attorneys for Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.*

# CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Fletcher Long, Esq.
      Long & Herbison, PLLC
      110 Franklin Street
      Suite 300
      Clarksville, Tennessee 37040
      Telephone: (931) 896-2066
      Facsimile: (931) 896-2067
      Email: flong@fletcherlong.com

      James H. Lawson, Esq.
      Lawson at Law, PLLC
      4055 Shelbyville Road
      Suite B
      Louisville, Kentucky 40207
      Telephone: (502) 473-6525
      Facsimile: (502) 473-6561
      Email: james@kyclc.com

      _____
      Derek W. Edwards (TN BPR No. 021455)

      WALLER LANSDEN DORTCH & DAVIS, LLP
      Nashville City Center
      511 Union Street, Suite 2700
      Nashville, Tennessee 37219
      Telephone: (615) 244-6380
      Facsimile: (615) 244-6804
      Email: derek.edwards@wallerlaw.com

      *Attorneys for Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.*

12057691.2

Case 3:14-cv-01323   Document 8   Filed 07/30/14   Page 2 of 2 PageID #: 35